**Supreme Court**
No. 2025-76-M.P.

In the Matter of Steven D. DiLibero.     :

# O R D E R

This matter came before the Court at its conference on June 3, 2026, for consideration of Disciplinary Counsel's Second Report and Recommendation. This Court entered an order dated June 16, 2025, imposing reciprocal discipline of a suspension for a period of one year, with six months and one day to serve, on the respondent based upon a suspension order by the Massachusetts Supreme Judicial Court. Disciplinary Counsel requests that this Court continue its suspension order in place pending a further status update in fall 2026. To date, the respondent remains suspended in Massachusetts and has communicated through his counsel that he has no objection to the Court's suspension order remaining in full force and effect.

Accordingly, the respondent shall remain suspended pursuant to the Court's June 16, 2025 order, until further order of the Court. Disciplinary Counsel shall provide this Court with a status update no later than September 15, 2026.

Entered as an Order of this Court this **5th** day of ***June 2026***.

By Order,

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Steven D. DiLibero. | |
| **Case Number** | No. 2025-76-M.P. | |
| **Date Order Filed** | June 5, 2026 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Michael Lepizzera, Esq. | |